**United States District Court**
For the Northern District of California

1
2
3
4
5                          UNITED STATES DISTRICT COURT
6                          NORTHERN DISTRICT OF CALIFORNIA
7
8   **DAVID BRANSTEN**
9            Plaintiff(s),                    No. C-**10-02786** EDL
10       v.                                   **ORDER OF CONDITIONAL DISMISSAL**
11  **BMW OF NORTH AMERICA**
12           Defendants.
13  _____/
14
15          The Court has been informed that the parties have settled this case.  Therefore, it is hereby
16  ordered that this case is dismissed without prejudice, with leave to reinstate on or before 90 days for the
17  purpose of proceeding with the litigation in the event a settlement has not been completed prior to that
18  date.  In the event a request to reinstate the case is not filed and served on opposing counsel on or before
19  the foregoing date, the dismissal will be with prejudice.
20  IT IS SO ORDERED.
21  Dated: February 16, 2011
22                                            _____
                                              ELIZABETH D. LAPORTE
23                                            United States Magistrate Judge
24
25
26
27
28